UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DIANNE VICTORIA BIZZARRO-KRYNZEL,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL CREDIT SYSTEMS, INC., a foreign corporation; OLEN RESIDENTIAL REALTY CORP., a domestic corporation; EQUIFAX INFORMATION SERVICES LLC, a foreign limited liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; and TRANS UNION LLC, a foreign limited liability company,<br><br>Defendants. | Case No. 2:23-cv-00040-CDS-EJY<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion seeking an order of the Court granting Defendant's request for an extension of time. ECF No. 19. Not only is the Motion odd for this reason, but the Motion does not state Defendant itself requested the extension of time. Instead, the Motion states Plaintiff's agreement to a request apparently made to Plaintiff, not the Court. Further, the form of the order does not comply with LR IA 6-2, which is a short and plain rule that is not hard to follow.

In the future, if a party seeks relief from the Court, that party must file the request in the form of a motion, stipulation, or unopposed motion. The filing must be titled properly as a motion, a stipulation, or as an unopposed motion—which Plaintiff failed to do.

The foregoing said, and because the Court chooses on this occasion not to elevate form over substance, IT IS HEREBY ORDERED that the [Unopposed] Motion to Extend time for Defendant Trans Union LLC to Respond to Plaintiff's Complaint (ECF No. 19) is GRANTED.

IT IS FURTHER ORDERED that Trans Union has through and including **March 31, 2023** to file its responsive pleading.

Dated this 22nd day of March, 2023.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE