J. COGBURN LAW
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@jcogburnlaw.com
2580 St. Rose Parkway, Suite 330
Henderson, NV 89074
Telephone: (702) 747-6000
Facsimile: (725) 465-8731
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DIANNE VICTORIA BIZZARRO-KRYNZEL, an individual,<br><br>            Plaintiff<br><br>       vs.<br><br>NATIONAL CREDIT SYSTEMS, INC., a Foreign Corporation; OLEN RESIDENTIAL REALTY CORP., a Domestic Corporation; EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company; EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation; and TRANS UNION LLC, a Foreign Limited-Liability Company,<br><br>            Defendants | Case Number:<br>2:23-cv-00040-CDS-EJY<br><br>**JOINT MOTION DISMISSING WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC ONLY** |

Plaintiff, Dianne Victoria Bizzarro-Krynzel ("Plaintiff") and Defendant, Equifax Information Services LLC, by and through their respective attorneys of record, request that the above-captioned matter be dismissed with prejudice as to Defendant Equifax Information Services

LLC only, pursuant to FRCP 41(a)(2). Each party shall bear its own attorney fees and costs incurred herein.

Dated this 13th day of June, 2023.

J. COGBURN LAW

By: /s/Jamie S. Cogburn
    Jamie S. Cogburn, Esq.
    Nevada Bar No. 8409
    2580 St. Rose Parkway, Suite 330
    Henderson, NV 89074
    *Attorneys for Plaintiff*

Dated this 13th day of June, 2023.

CLARK HILL PLLC

By: /s/Gia N. Marina
    Gia N. Marina, Esq.
    Nevada Bar No. 15276
    1700 South Pavilion Center Drive
    Suite 500
    Las Vegas, Nevada 89135
    *Attorney for Defendant Equifax*
    *Information Services LLC*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

June 15, 2023
DATE