J. COGBURN LAW
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@jcogburnlaw.com
2580 St. Rose Parkway, Suite 330
Henderson, NV 89074
Telephone: (702) 747-6000
Facsimile: (725) 465-8731
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DIANNE VICTORIA BIZZARRO-KRYNZEL, an individual,<br><br>Plaintiff<br><br>vs.<br><br>NATIONAL CREDIT SYSTEMS, INC., a Foreign Corporation; OLEN RESIDENTIAL REALTY CORP., a Domestic Corporation; EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company; EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation; and TRANS UNION LLC, a Foreign Limited-Liability Company,<br><br>Defendants | Case Number:<br>2:23-cv-00040-CDS-EJY<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT NATIONAL CREDIT SYSTEMS, INC. WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff, Dianne Victoria Bizzarro-Krynzel ("Plaintiff") and Defendant, National Credit Systems, Inc. ("Defendant"), by and through their respective attorneys of record, that all Plaintiff's claims asserted against National Credit

Systems, Inc. shall be and hereby are dismissed with prejudice and each party shall bear its own attorney fees and costs. The Clerk of Court may close this case.

Dated this 6th day of July, 2023.

J. COGBURN LAW

By: /s/Jamie S. Cogburn
    Jamie S. Cogburn, Esq.
    Nevada Bar No. 8409
    2580 St. Rose Parkway, Suite 330
    Henderson, NV 89074
    *Attorneys for Plaintiff*

Dated this 6th day of July, 2023.

MICHAEL B. LEE, P.C.

By: /s/Michael B. Lee
    Michael B. Lee, Esq.
    Nevada Bar No. 10122
    Michael N. Matthis, Esq.
    Nevada Bar No. 14582
    1820 E. Sahara Avenue, Suite 110
    Las Vegas, Nevada 89104
    *Attorneys for Defendant National Credit Systems, Inc.*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

July 7, 2023
DATE